## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>vs.<br><br>**SOHAIL REZA IBRAHIMI,**<br>**Defendant.** | **Case No. 2:25-mj-08149-TJJ**<br><br>**Filed Under Seal** |

### CRIMINAL COMPLAINT

I, Ashley Davis a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Kansas City, Missouri, being duly sworn, depose and state as follows:

### COUNT 1
### ENTICEMENT
### [18 U.S.C. § 2422(b)]

On or about July 27, 2025, in the District of Kansas, the defendant,

### SOHAIL REZA IBRAHIMI

using a facility and means of interstate commerce, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, the defendant used an internet messaging application to attempt to persuade a person he believed to be a 14 year old minor to meet up and have sexual intercourse and oral sexual contact with him in violation of K.S.A. 21-5504 and 21-5506, all in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT 2

**TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**
**[18 U.S.C. § 2423(b)]**

On or about July 27, 2025, in the District of Kansas, the defendant,

### SOHAIL REZA IBRAHIMI

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. Section 2246(2)(B) and (D), with another person, to wit, the defendant traveled from Missouri to Kansas, for the purpose of engaging in a sexual act, sexual intercourse and oral sexual contact, with a fourteen (14) year old minor, all in violation of Title 18, United States Code, Section 2423(b).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so employed since January 2007.  As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online exploitation of children.  This includes violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors, as well as investigations involving individuals who travel to engage in sexual contact with minors.  I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses.  I have written, executed, and/or participated in the execution of numerous search warrants.  Specifically pertaining to the area of child pornography and child exploitation investigations, I have gained expertise in

2

these investigations through training, discussions with other law enforcement officers, and everyday work related to conducting these types of investigations.

2.      This affidavit is based upon information I have gained from my investigation as well as my training and experience. This affidavit is intended to show only that there is sufficient probable cause for the requested Complaint and does not set forth all my knowledge about this matter. As will be shown below, there is probable cause to believe **SOHAIL REZA IBRAHIMI**, hereinafter referred to as **IBRAHIMI**, engaged in the attempted online enticement of a minor and traveled to Overland Park, Kansas with the intent to engage in illegal sexual activity with a minor, in violation of 18 U.S.C. §§2422(b) and 2423(b) and (f).

## BACKGROUND OF THE INVESTIGATION

3.      On July 27, 2025, an FBI online covert employee ("OCE") was posing as a fourteen-year-old female on an online (internet) messaging application[1]. OCE observed a recent post with the question, "You into cnc and rough play?" by the user "Tir3d," subsequently identified as **IBRAHIMI**. OCE replied to the post and asked **IBRAHIMI** the meaning of "cnc." **IBRAHIMI** responded that "cnc" was "consensual non consent,"

---

[1] The online messaging application is advertised in the Apple and Google app stores as a free smartphone messenger application that lets users "share your thoughts without fear of judgment, humiliation, or arguments with family, friends, acquaintances, or co-workers" by connecting with other users through chat messaging. Users can send text and pictures within the application. The application uses an existing Wi-Fi connection or data plan to send and receive messages. The application allows users to engage in chat messaging with other users, to include forum style messaging and private messaging. Users may upload and send messages and pictures to other users.

or a situation in which two individuals consented to sexual contact, but pretended as though one of the individuals was being raped. **IBRAHIMI** asked OCE if s/he wanted to experience "cnc" with a "safe person" and OCE agreed. **IBRAHIMI** identified himself as a 27-year-old male, and OCE identified him/herself as a 14-year-old female.

**IBRAHIMI** asked OCE for a picture, and OCE sent an image of a fully clothed female[2] posing in front of a mirror in a bedroom. **IBRAHIMI** responded by sending OCE a nude image of himself, which included his erect penis. **IBRAHIMI**'S face was not visible in this image. **IBRAHIMI** requested nude images of OCE, which OCE declined to provide. Throughout the conversation, **IBRAHIMI** also requested specific clothed pictures from OCE with detailed instructions about OCE's pose to prove s/he was real. Below is a partial transcript of the conversation between **IBRAHIMI** and OCE (spelling and grammar as in original):

| | |
|---|---|
| IBRAHIMI: | So when do you want to link up? |
| OCE: | My dads at work til 9? |
| IBRAHIMI: | What city you in? |
| OCE: | I'm in overland park |
| IBRAHIMI: | I'm pretty close to there |
| OCE: | That's cool how far? |
| IBRAHIMI: | About 20 mins |
| OCE: | Oh yeah ur close |
| IBRAHIMI: | Obvi I have to pick you up? |

---

[2] This female is a sworn law enforcement officer who appears younger than her actual age.

|  | And what are you wanting to try when it comes to exploring sex |
| OCE: | Yeah I can't drive yet I'm sorry |
|  | We could go to a park or something but it's hot. If u wanted to stay here u could |
|  | I haven't done like any sex positions other than on top |
|  | What do u think would be fun? Not the butt lol |
| IBRAHIMI: | Have you ever been given back shots? |
| OCE: | What's a back shot |
| IBRAHIMI: | And how bigs your chest btw |
| OCE: | 34b |
| IBRAHIMI: | Doggy style |
| OCE: | Ohhh no but that sounds hot fr |
|  | I heard that feels good |
| IBRAHIMI: | We could try that. Do you masturbate at all? |
| OCE: | Mmmm that's hot |
|  | Yeah I have |
| IBRAHIMI: | You ever cum during sex or nah? |
| OCE: | No I haven't even came |
|  | I told u I only did it once and it was like 5 mins lol |
| IBRAHIMI: | Dude didn't even last that long??? |
| OCE: | Helllll no lol |
|  | Sorry I guess u don't like that I don't have exp? |
| IBRAHIMI: | Nah I can give you experience |
| OCE: | Oh kk bae I would love that |
|  | What r u doin rn |

| IBRAHIMI: | Jus showered |
| | Your house got cameras or a ring doorbell? |
| OCE: | Oh nice |
| | No it's an apartment, no cameras |
| IBRAHIMI: | So you wanna hookup rn? |
| OCE: | Yeah fr if u do bae |
| IBRAHIMI: | I'm down if you are |
| OCE: | Bet |
| | What time |
| IBRAHIMI: | Depends on when you're ready |
| | I can pullup now |
| OCE: | Yeah daddy sounds good |
| | Im ready whenever fr |
| IBRAHIMI: | I'm ready too |
| OCE: | Kk u want my addy? |

4.    At approximately 5:13PM, OCE provided **IBRAHIMI** with the address of the meeting location. At approximately 5:30PM, **IBRAHIMI** advised he was about 20 minutes away. At approximately 5:50PM, members of the exterior surveillance team observed a black Volkswagen Jetta bearing Kansas tag 8537AJC drive through the apartment complex. The Jetta was occupied by an adult male with long hair. Members of the surveillance team observed the Jetta drive slowly past the specific apartment provided by OCE several times. At approximately 5:58PM, **IBRAHIMI** messaged OCE and advised he had arrived. Members of the interior arrest team observed the Jetta back into a

parking spot directly across from the apartment provided by OCE. At approximately

6:02PM, the following conversation occurred between **IBRAHIMI** and OCE:

> IBRAHIMI:  Wait, what's your door look like? Send a pic
>
> Think I'm at the wrong building not sure tho

[OCE sent IBRAHIMI a picture of the front door to the apartment.]

> IBRAHIMI:  And you're sure you're by yourself?
>
> OCE:  Yeah I'm alone
>
> U there bae?
>
> IBRAHIMI:  Jus need to make sure this isn't like a sting or something
>
> OCE:  Wtf no r u fuckin serious
>
> I sent u pics of me just like u asked?
>
> IBRAHIMI:  You can't blame me for being a lil paranoid
>
> OCE:  Yeah I get it but I tried to do what u asked bae
>
> I'm 14 I'm not the cops lol
>
> IBRAHIMI:  Can you do something for me when I walk in then?
>
> OCE:  Yeah daddy whatever u want
>
> IBRAHIMI:  Be on your knees at the door and take a selfie when you're ready

[OCE sent a picture of the same female kneeling in the interior entryway of the
apartment, with the front door in the background.]

> IBRAHIMI:  You ready to suck?
>
> OCE:  Yes daddy ready for u to show me frfr

5.    Shortly after OCE's last message was sent, **IBRAHIMI** exited the

Volkswagen Jetta and walked to the apartment. **IBRAHIMI** was taken into custody

without incident as he opened the door to the apartment. **IBRAHIMI** consented to

allowing Task Force Officer (TFO) Steven Emmons to enter his vehicle for the purpose of obtaining his driver's license. **IBRAHIMI** was fully identified as **SOHAIL REZA IBRAHIMI**, year of birth 1998.

6.    **IBRAHIMI** was transported to the Overland Park Police Department located at 11902 Lowell Avenue, Overland Park, Kansas, where he was read his *Miranda* warning. **IBRAHIMI** waived his rights and agreed to speak with Affiant and TFO Ken Bilderback. **IBRAHIMI** admitted to engaging in the communications with OCE on the application. **IBRAHIMI** confirmed his username on the application to be "Tir3d." **IBRAHIMI** advised he knew OCE was 14 years old, and he intended to engage in sexual contact with OCE. **IBRAHIMI** explained when he was 13 or 14 years old, he met several adults for sexual contact on the mobile application Whisper. **IBRAHIMI** did this so he could "explore" sex without judgment from his peers. **IBRAHIMI** advised he saw himself as a means for OCE to do the same.

7.    During the interview, **IBRAHIMI** consented to a search of his cellular device, a Samsung Galaxy S24. TFO Bilderback conducted a physical preview and observed the application installed on the device. Within the application, TFO Bilderback located the chat with OCE. Google Maps was also open on the device and showed **IBRAHIMI** to be arriving at the address of the meeting location provided by OCE. During the interview, **IBRAHIMI** advised he had traveled from his residence in Kansas City, Missouri to engage in sexual contact with the purported 14-year-old female. **IBRAHIMI** advised he moved to this residence a few months prior.

8

## CONCLUSION

8.    Your affiant respectfully submits that there is probable cause to believe that

**SOHAIL REZA IBRAHIMI** has knowingly engaged in the attempted online enticement

of a minor and has traveled to Overland Park, Kansas with the intent to engage in illegal

sexual activity with a minor, in violation of 18 U.S.C. § 2422(b) and 2423(b).


Ashley Davis
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim.

P. 4.1 by telephone on this day __29__ of July 2025.


HONORABLE TERESA J. JAMES
UNITED STATES MAGISTRATE JUDGE

## **PENALTIES**

## **Count 1: Enticement [18 U.S.C. § 2422(b)]**

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).


## **Count 2: Travel with intent to Engage in Illicit Sexual Conduct [18 U.S.C. § 2423(b)]**

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).