# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                      **CASE NO.** 25-CR-20062-DDC-TJJ

**SOHAIL REZA IBRAHIMI,**

        **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**ATTEMPTED COERCION AND ENTICEMENT OF A MINOR**
**[18 U.S.C. § 2422(b)]**

On or about July 27, 2025, in the District of Kansas and elsewhere, the defendant,

**SOHAIL REZA IBRAHIMI,**

using a facility and means of interstate commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT AND ATTEMPT
### [18 U.S.C. § 2423(b) & (e)]

On or about July 27, 2025, in the District of Kansas and elsewhere, the defendant,

**SOHAIL REZA IBRAHIMI,**

did travel in interstate commerce, that is, from Missouri to Kansas for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. Sections 2423(G) and 2246(2), with another person, and attempted to do so.

In violation of Title 18, United States Code, Section 2423(b) and (e).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, U.S.C. Section 2428.

2. Upon conviction of one or more of the offenses set forth in Counts 1-2, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such offenses or any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offenses.

A TRUE BILL.

July 30, 2025                               s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Audrey McCormick
Audrey McCormick
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Audrey.McCormick@usdoj.gov
Ks. S. Ct. No. #24847

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# **PENALTIES**

### **Count 1: Attempted Coercion and Enticement of a Minor [18 U.S.C. § 2422(b)]**

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).
- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(4).
- Restitution. 18 U.S.C. §§2429 and 3663A

### **Count 2: Travel with intent to Engage in Illicit Sexual Conduct and Attempt [18 U.S.C. § 2423(b)&(e)]**

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(b).
- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(4).
- Restitution. 18 U.S.C. §§2429 and 3663A